# EXHIBIT A

1          UNITED STATES DISTRICT COURT

2          CENTRAL DISTRICT OF CALIFORNIA

3              SOUTHERN DIVISION

4

5     MICHAEL PARKINSON, et al.,

6     on behalf of themselves and

7     all others similarly situated,

8          Plaintiffs     CASE NO. SAVC

9                    06-345-AHS (MLGx)

10    vs.              Hon. Alice Marie H. Stotler

11    HYUNDAI MOTOR AMERICA, a

12    California Corporation,

13         Defendant

14    _____/

15

16         The deposition of DONN SCHROEDER, was held on

17    Friday, May 16, 2008, commencing at 9:00 a.m. at the Law

18    Offices of Bingham McCutchen, LLP, 2020 K Street, N.W.,

19    Washington, D.C., before Steven Poulakos, Notary Public in

20    and for the District of Columbia.

21

22

23

24

25    REPORTED BY: Steven Poulakos

EXHIBIT A
PAGE 4

1    reporter will prepare a transcript.  The transcript

2    will be sent to you for review and you are allowed to

3    make any changes that you want to your testimony.  But

4    you understand that if you do I'm entitled to comment

5    on that in trial?

6    A   Okay.

7    Q   If at any time you need a break, let me

8    know, we'll take one.

9    A   All right.

10    Q   Are you currently taking any medication?

11    A   No, sir.

12    Q   Are you aware of any problems with your

13    memory?

14    A   None at all.

15    Q   Any reason why you can't give your best

16    truthful testimony here at all?

17    A   None at all.

18    Q   What's your current home address?

19    A   5709 Honey Glen Court.  That's in New

20    Market, Maryland 21774.

21    Q   How long have you resided there?

22    A   It will be six years in January.

23    Q   Do you have any plans to move?

24    A   None at all.

25    Q   Where did you live before that place?

EXHIBIT A
PAGE 5

Schroeder, Donn 5/16/2008 9:00:00 AM

1       A       I lived in Randallstown, Maryland.  The

2       address, I can't remember the house number off the top

3       of my head, but it was Windy Meadow Court, but I can't

4       remember the house number.  I apologize for that.

5       Q       How long did you reside at that place?

6       A       Twelve years.

7       Q       What's your Social Security number?

8       A       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.

9       Q       Do you have a driver's license?

10      A       Yes, I do.

11      Q       Can I see the driver's license?  Do you

12      have it?

13      A       Yes, sir.

14      Q       Thanks.

15      A       Sure.

16      Q       It's got your birth date on there.  Why

17      don't you just state your birth date for the record.

18      A       February 24, 1964.

19      Q       Where were you born?

20      A       Baltimore, Maryland.

21      Q       Are you married?

22      A       No, sir, I'm not.

23      Q       Have you ever been married?

24      A       No, sir, I've not.

25      Q       Anybody else reside with you?

EXHIBIT A
PAGE 6

1      A      Yes.

2      Q      Going back to when you were 16, did you

3   take driver's education?

4      A      In school, yes, I did.

5      Q      In high school?

6      A      In high school.

7      Q      What was your high school?

8      A      What was it?

9      Q      Yes.  What's the name of your high school?

10     A      Parkville.

11     Q      Where is that located?

12     A      That's in Parkville, Maryland.  Right

13   outside of Baltimore.

14     Q      Have you been to driver's education school

15   at any time since then?

16     A      No, sir.

17     Q      Have you had any accidents in the year in

18   the 2003 Tiburon?

19     A      Not at all.

20     Q      Have you received any traffic tickets in

21   your Tiburon?

22     A      I have received two.

23     Q      Okay.

24     A      One has not gone to court yet.

25     Q      What's the first one?

Schroeder, Donn 5/16/2008 9:00:00 AM

| | | |
|---|---|---|
| 1 | A | The first one was a speeding. |
| 2 | Q | When was that? |
| 3 | A | I think two years ago, I believe. |
| 4 | Q | Where did you receive that ticket? |
| 5 | A | Right on Bethesda Church Road. |
| 6 | Q | Do you know what the speed limit is on that |
| 7 | | road? |
| 8 | A | I believe it's 30. It's just -- yes, it's |
| 9 | | 30. |
| 10 | Q | Do you recall what you were being ticketed |
| 11 | | for, how fast you were going? |
| 12 | A | Forty. |
| 13 | Q | Did you fight that ticket? |
| 14 | A | No, I did not. No. |
| 15 | Q | Then the second one, where did that occur? |
| 16 | A | That happened on Interstate 70. |
| 17 | Q | What's the speed limit on Interstate 70? |
| 18 | A | Sixty-five miles an hour. |
| 19 | Q | What were you ticketed for? |
| 20 | A | I was ticketed at 80. |
| 21 | Q | When was that? |
| 22 | A | That was in March. |
| 23 | Q | Of this year? |
| 24 | A | This year. |
| 25 | Q | You said it hasn't gone to court yet. What |

**EXHIBIT A**
**PAGE 8**

Schroeder, Donn 5/16/2008 9:00:00 AM

1   do you mean by that?

2       A    I got the ticket and the Court date is

3   July 16th.

4       Q    What is going to happen at that Court date?

5           MR. HILTON:  I'm going to object.  This

6   calls for speculation.

7           But you can answer.

8           THE WITNESS:  I was going to court and see

9   if I could have the points reduced or whatever.  That's

10  all.

11          BY MR. ANDERSON:

12      Q    Points reduced?

13      A    Yes.  I'll pay the fine and see if they can

14  reduce my points.

15      Q    What's your current automobile insurer?

16      A    Nationwide.

17      Q    Nationwide?

18      A    Yes.

19      Q    Has it been Nationwide ever since you

20  purchased the Tiburon?

21      A    Yes, sir.

22      Q    Have you made any claims on the policy with

23  respect to your Tiburon?

24      A    None at all.

25      Q    What was the first car you drove after you

1    A    Fall of 1999.  I think that's correct.

2    Q    Have all of the classes you've been talking

3    online?

4    A    They're both.

5    Q    What courses are you taking now?

6    A    I just finished a seminar in human resource

7    management.

8    Q    What courses have you taken?

9    A    My focus is business management.

10   Q    Apart from what we've talked about, do you

11   have any education, training or background in

12   engineering?

13   A    No, sir.

14   Q    Do you have any education, training or

15   background in motor vehicle repair or mechanics?

16   A    No, sir.

17   Q    I think you mentioned you changed a bulb on

18   your Tiburon at one point.

19   A    Yes.

20   Q    Have you performed any repairs or other

21   work on your Tiburon other than the bulb?

22   A    Yes, I have.

23   Q    Can you tell me what that is?

24   A    Replaced the window motor.  Do you want me

25   to continue?

1      Q    Yes.

2      A    Put the exhaust system in, cold air intake,

3    a short shifter, and bushings, and everything else that

4    is cosmetic.

5      Q    And everything else that is cosmetic?

6      A    Those are mechanical things.  Everything

7    else I have done is cosmetic like the trim on the car

8    is cosmetic and the hood is cosmetic and I changed my

9    wiper blades and that's cosmetic.

10      Q    What you are telling me is you did all of

11    this yourself?

12      A    Yes, sir.

13      Q    When did you replace the window motor?

14      A    Last year.  Last summer.

15      Q    Did anyone help you with that?

16      A    No, sir.

17      Q    Where did you get the window motor?

18      A    I ordered it online.

19      Q    From whom?

20      A    Hyundai parts distributor.

21      Q    The name?

22      A    I don't remember the name, the exact name.

23    Maybe.

24      Q    How do you know they're a Hyundai parts

25    distributor?

EXHIBIT A
PAGE 11

1      A      No, sir.

2      Q      How long did it take you to do it?

3      A      Maybe an hour.

4      Q      Can you describe what you did?

5      A      I removed the cover off the door panel.

6      Took off -- there's a plastic cover that covers the

7      lower part of the metal part of the door.  I took that

8      off and then I had access to the motor.  Just unbolted

9      the old motor out that was dead and disconnected the

10     wire from it, lifted it out and put the new one back

11     in, bolted it back down and put everything back on.

12     Q      The exhaust system --

13     A      Yes, sir.

14     Q      -- where did you purchase the exhaust

15     system?

16     A      From ARK.

17     Q      Do you recall when you purchased that?

18     A      I purchased it, I believe, in the fall of

19     2006.

20     Q      Where did you purchase it?

21     A      Online.

22     Q      Where online?

23     A      ARK.

24     Q      Can you describe the component parts of the

25     exhaust system that you received from your purchase?

1    A    Its contains the dual exhaust replacement.

2    Q    Anything else?

3    A    Just -- no, it contains the complete

4    exhaust system of the car.

5    Q    That's what I'm trying to figure out, what

6    the compete exhaust system is, what you got in the box

7    basically.

8    A    I got both exhausts, the couplers and the

9    converter.

10    Q    What's the converter?

11    A    The catalytic converter.

12    Q    When did you install it?

13    A    I installed it last spring, 2007.

14    Q    Did anybody help you install it?

15    A    My partner helped me a little bit.

16    Q    Anyone else?

17    A    No, that's it.

18    Q    How did you know how to install that?

19    A    Just the same thing, the Hyundai website

20    and a DIY.  Just unbolted it and bolted the new one

21    back in, made sure all of the seals were solid.

22    Q    Can you give me a little bit more detail on

23    what you did?

24    A    I put the car up on a jack stand.  I got

25    under the car, unbolted it.  You know, it had some

1       70,000 miles on the car, so I had to unbolt -- get the

2       bolts undone.  It's all bolted together.  Just undo the

3       bolts that were there.  Remove the old exhaust, had

4       bolted everything together, the exhaust pieces together

5       and tied into the main exhaust for the car for the

6       engine.

7           Q      Anything else that you can recall?

8           A      That's pretty much the procedure of

9       replacing the exhaust.

10          Q      How long did it take you to do that?

11          A      Maybe three hours.

12          Q      Did you have any complications with doing

13      that?

14          A      Just getting my old exhaust off because the

15      bolts were rusted.

16          Q      What did you do with your old exhaust?

17          A      It's in my garage currently.

18          Q      What did you do with the old window motor

19      that we just discussed previously?

20          A      I threw it in the trash.  It was just

21      burned out.

22          Q      When did you purchase the cold air intake?

23          A      I believe that was in September of 2006 as

24      well.

25          Q      Where did you purchase it?

Schroeder, Donn  5/16/2008  9:00:00 AM

```
 1      A    I got that from I think it's Injen

 2    I-N-J-E-N, Intake.  And I believe I got that from TMW

 3    Performance I believe or TWM Performance.

 4      Q    Was that another online purchase?

 5      A    Yes.

 6      Q    Can you describe the parts that you

 7    received from your purchase?

 8      A    I received the filter and the two -- the

 9    air intake itself and then the MAIF sits on top of

10    that.  So that was pretty much what I got, just the

11    tubing and the filter.

12      Q    When did you install it?

13      A    Last spring.

14      Q    Did anyone help you with that?

15      A    No, sir, I did that by myself.

16      Q    How did you learn to install that yourself?

17      A    It came with an instruction sheet of

18    instructions on how to install it.

19      Q    Do you still have those instructions?

20      A    I may.  I don't think so.

21      Q    How long did it take you to install it?

22      A    Maybe an hour-and-a-half, two hours.

23      Q    Apart from the instructions did you look

24    anywhere else to figure out how to install it?

25      A    I just looked at people's comments and
```

**EXHIBIT A
PAGE 15**

1    problems they were having, but I didn't look at any

2    instructions on how to do it.

3        Q    Why -- going back to the exhaust system --

4        A    Yes.

5        Q    -- why did you decide to put a new exhaust

6    system on your car?

7        A    It was getting old.  There was 70,000 miles

8    on the car and I wanted a better exhaust.  The exhaust

9    that was on it was a nice exhaust.  It obviously was a

10   nice exhaust and it lasted quite a long time and I

11   wanted something that was comparable to it.  And I

12   wanted something that gave me a little bit more

13   horsepower to the car and gave me a little bit more

14   performance and at the same time be quiet.

15       Q    How does it give more horsepower to the

16   car?

17       A    It let's a little bit more -- the old

18   exhaust system that was factory installed, if this is

19   the rear axle, the exhaust tubing goes up over the rear

20   axle and then back out.  So you have some pressure that

21   builds up in this area because this is a straight path

22   that goes underneath the axle.  And it has a clear path

23   so there's less buildup inside that backs up inside the

24   engine.  So you have a little bit of gain.  I don't

25   think there's much gain at all.  I mean, we're talking

Schroeder, Donn 5/16/2008 9:00:00 AM

1    maybe 4 horsepower, I believe.  It is not significant.

2        Q    That was going to be my next question.

3        A    It's not significant.

4        Q    Prior to doing that yourself, did you price

5    it out with any dealership?

6        A    No, I did not.  My partner had just had his

7    exhaust, I believe, fixed last year with Midas or one

8    of those, you know, drive-by fix-your-exhaust-thing and

9    I think he paid like $300 for a tube that they

10   basically welded on and it was kind of a ripoff.  There

11   was no quality with it and there was no guarantee with

12   it and actually the pipe is already starting to rust.

13   So we need to look at how -- you know, we have a

14   problem with that.

15       Q    Did you consider putting in a -- replacing

16   it with a Hyundai part?

17       A    No, I did not.

18       Q    Why not?

19       A    Because of the cost difference.

20       Q    Any other reasons?

21       A    No.  The main reason would be cost and --

22   yes, it would be cost for the most part.

23       Q    Why did you decide to put a cold air intake

24   on?

25       A    Just to made the engine run a little bit

1    cleaner.  I read a lot of good things about cold air

2    intakes.  And I thought after 60,000 miles on my car or

3    more, that, you know, makes the car run a little bit

4    longer.  My goal is to keep this car running for two

5    more years, and it's been running great.

6        Q    What does a cold intake do -- cold air

7    intake do?

8        A    It helps cool the engine down.  It picks up

9    a little bit more air than a normal intake does.  It is

10    boxed in.  And then it brings it into the engine so it

11    runs a little bit cleaner.

12        Q    Anything else?

13        A    As far as I know that's what I know of

14    them.

15        Q    You said that you read up a little bit on

16    it before you did it.

17        A    Yes.

18        Q    What did you read?

19        A    I just read about different kinds.  There's

20    mine that sits up kind of high.  Mine is a short air

21    intake.  So it sits up higher in the engine.

22            And lot of the ones in California and such,

23    like that, people -- where you don't have a lot of

24    rain, they sit lower beneath the car, like under the

25    battery compartment.  So you have a problem with

1    hydrolocking if you get water.  And if it gets stuck in

2    the intake, you can lock up your engine.

3        So reading up on that I didn't want one

4    that sat low.  We have lots of rain here and lots of

5    wide puddles and I didn't want to risk anything being

6    sucked into the car that way.

7        Q    Where did you read about this material,

8    online?

9        A    Online, yes, NewTiburon.com.  As far as

10   people's recommendations, I went to Injen's website.  I

11   also probably looked at KNN at Advance Auto because

12   they're sold there and other auto places.

13       Q    Did you say an engine website?

14       A    I-N-J-E-N.  That's the manufacturer that's

15   in my car.

16       Q    Yes.

17           When did you purchase the short shifter?

18       A    I think that was two-and-a-half years ago,

19   I believe.

20       Q    Where did you purchase it?

21       A    That was from ARK.

22       Q    Can you spell that?

23       A    A-R-K.

24       Q    Another online purchase?

25       A    Yes, sir, it was.

1      Q      Why did you purchase the short shifter?

2      A      Because the shift in the Hyundai Tiburon

3      sits up very high and you have a lot of play, so the

4      short shifter gives you a nice more solid shifting and

5      it's also aluminum whereas the stock one is mostly

6      plastic.

7      Q      Which means what if it's aluminum?

8      A      It will wear.

9      Q      When you are driving your Tiburon do you

10     find yourself with -- you know, resting your hand on

11     the stick much?

12     A      Not at all.

13     Q      How did you learn how to install the short

14     shifter?

15     A      The instructions are pretty simple,

16     instructions from the website, ARK.  And with advice

17     from NewTiburon.com, like the DIY section people put

18     some advice in there.

19     Q      Does NewTiburon.com require a user name and

20     password?

21     A      Yes, it does.

22     Q      What's your user name for that?

23     A      D-O-N-N-S-C-H-R-O-E.

24     Q      What's your password for that?

25             MR. HILTON:  I'm going to make the same

1      objection as before.

2          MR. ANDERSON:  With the same instruction

3      not to answer?

4          MR. HILTON:  Yes.

5          BY MR. ANDERSON:

6      Q    When did you install the short shifter?

7      A    I think I told you.  I said two-and-a-half

8      years ago.

9      Q    That was when you purchased it.  I wanted

10     to know when you installed it.

11     A    I'm sorry.

12     Q    Did anybody help you install it?

13     A    No, myself.

14     Q    How long did it take you to install it?

15     A    Half hour.

16     Q    What did you do with the old shifter?

17     A    I threw it in the trash.

18     Q    When did you purchase the bushings?

19     A    Maybe a year-and-a-half ago.

20     Q    Where did you purchase them?

21     A    I can't remember the name, which one I

22     purchased them from.  I'm not sure of the manufacturer

23     I got them from.

24     Q    What was that an online purchase?

25     A    Yes, sir, it was.

1     Q     When did you install them?

2     A     Probably about the same time.

3     Q     How did you learn how to install them?

4     A     With their directions they supply with the

5     bushings.

6     Q     Anything else?

7     A     No.  That is pretty much it.  It was pretty

8     basic.

9     Q     Did you have any assistance in installing

10    it?

11    A     No, sir.

12    Q     How long did it take you to install it?

13    A     Fifteen minutes.

14    Q     Why did you decide to do that?

15    A     The OEM bushings that were left when I

16    removed the short shifter were rubber and very soft.

17    So when you shift, when you go to the left or to the

18    right, the whole base of the shifter shifts with it.

19    And you overshift, you go a little bit too far to the

20    left or too far to the right.  So the aluminum bushings

21    keep it in a real solid tight, you know, field.

22         And it's more like you get if you drove the

23    Nissan 350Z.  It's going to have a tight shift to it.

24    It doesn't have that play.  I was trying to eliminate

25    the play and keep everything in a tight pattern.

EXHIBIT A
PAGE 22

1      Q    You've got a strut bar on your engine,

2    correct?

3      A    Yes.

4      Q    When did you purchase that?

5      A    Three, maybe three years ago.  I think

6    three and a half.

7      Q    Where did you purchase it?

8      A    That's from ARK.

9      Q    Online purchase?

10     A    Yes, it was.

11     Q    Did you have a user name and password on

12   that website?

13     A    Not anymore.

14     Q    But you did at one point?

15     A    I did at one point, yes.

16     Q    What was your user name?

17     A    It was probably my AOL address but I'm not

18   sure of that exactly.

19     Q    You say you are not anymore.  When did you

20   stop having a user name and password for that?

21     A    I guess they changed their login.  I know

22   that I tried just last week before this deposition to

23   go in and see if I could find the history of when I

24   bought those products.  And when I tried -- I had a

25   list of -- I had like a protected Word document with my

```
 1    user name and password of all of the stuff I'm

 2    associated with.  So things I don't go to very often,

 3    of course, you don't remember them.

 4           And I just go to my Word document and paste

 5    in my user name and password and they didn't work.  So

 6    I didn't bother reregistering again because I don't

 7    need anything else from them.  And even if I had, it

 8    wouldn't remember anything I purchased from them

 9    previously because all of their passwords have changed.

10    Q    Got it.

11           Who installed the strut bar?

12    A    I did.

13    Q    When did you install it?

14    A    I guess three years ago.

15    Q    Did you have any assistance?

16    A    No, sir.

17    Q    How long did it take you to install it?

18    A    Forty-five minutes.

19    Q    Why did you make a decision to purchase and

20    install a strut bar?

21    A    To keep the wheels perpendicular to each

22    other, the struts.

23    Q    Why did you want to do that?

24    A    I had a problem with my Nissan before, my

25    tires cupped because they are either in or out.  So I
```

1    wanted to avoid that from happening with this vehicle.

2        Q    How did you learn that a strut bar would

3    correct that problem?

4        A    I just read online.

5        Q    Do you recall where online you read that?

6        A    Actually probably NewTiburon.com for one.

7        Q    Any others?

8        A    There's -- actually Gary Rome is an

9    automobile -- Hyundai automobile resaler in New England

10   some place.  They have a Hyundai website with their

11   dealership that you can purchase other parts from them.

12   And they have an accessory store they call it.  And in

13   the accessory store they have strut bars in there that

14   are Hyundai strut bars for the same purpose.  They also

15   have cold air intakes too that are Hyundai manufactured

16   as well and other items.

17       Q    But is there anything on that website

18   about --

19       A    It just suggests that -- if I recall, it's

20   for stability purposes.  As I mentioned, I had -- with

21   my Nissan I had some problems with cupping my tires and

22   I'm trying to keep this car for a long time.  So I am

23   trying to avoid any problems in the future.

24       Q    Do you recall cutting away any of the

25   housings in the engine to get the strut bar in?

EXHIBIT A
PAGE 25

Schroeder, Donn 5/16/2008 9:00:00 AM

1      A    Just the plastic surrounds.  But no metal.

2    Just the plastic protective on the topside.

3      Q    How did you cut that out?

4      A    Just with a pair of tin snips or a blade.

5      Q    Was that part of the instruction manual?

6      A    Yes.  Just some people -- I know many

7    people that have engine plastics that don't -- they

8    take them off immediately because they say it keeps

9    your engine too hot.  So I like the look of that.  It

10   keeps it cleaner.  I know the last cars I have had I

11   never had a car that had engine plastics.  And I know

12   by 50,000 miles they were filthy.  So I just like the

13   fact that that keeps it a lot cleaner.

14     Q    You say you know people that know about

15   engine plastics.  Are these friends of yours?

16     A    Yes.  People on the website and people I've

17   talked to.  Most -- a lot of cars don't have it and

18   I've heard there's pros and cons about it.  I like the

19   fact that it keeps my engine clean.  But people said

20   because it keeps the heat within the engine and the

21   engine can't release the heat, that means it needs to

22   cool it down.

23     Q    This website where you talked to people is

24   this NewTiburon.com?

25     A    Yes, sir.

EXHIBIT A
PAGE 26

Schroeder, Donn 5/16/2008 9:00:00 AM

1      Q    It is like a forum?

2      A    Yes, it's a forum.

3           THE WITNESS:  I wouldn't mind having a

4      break.

5           MR. ANDERSON:  Go for it.

6           (A short break was taken.)

7           BY MR. ANDERSON:

8      Q    We were kind of talking about some parts

9      that you installed yourself.  You didn't mention the

10     strut before.  Are there any other parts that you can

11     remember installing yourself that we haven't talked

12     about?

13     A    Other than just replacing my door handles

14     and things like that with new Hyundai door handles.  As

15     far as parts go that would be it.

16     Q    You mentioned the do-it-yourself

17     instructions on the NewTiburon.com website.  You also

18     mentioned another website where you got a manual.

19     A    That's Hyundai.

20     Q    Do you recall what that Hyundai web address

21     is?

22     A    Off the top of my head I do not know.

23     Q    How do you know it's a Hyundai website?

24     A    Because it connects in with everything else

25     with Hyundai ads.  As far as I understand it, all of

1    the service manuals are in there.  It's -- to my best

2    belief it is a Hyundai website.

3        Q    Do you have to pay for these manuals?

4        A    No, I do not.

5        Q    Do you recall the names of the manuals?

6        A    There's actually no name assigned.  No,

7    there's no name assigned to them.  They're tabbed off

8    in different sections.

9        Q    When did you have that hood installed?

10       A    Two years, ago.  Two years this summer.

11       Q    Where did you purchase the hood from?

12       A    I can't remember the name exact name of the

13   person I bought it from, the company I bought it from.

14       Q    Was it an online purchase?

15       A    Yes, it was.

16       Q    Do you recall how much you paid for it?

17       A    I think around $400, 430.

18       Q    Who installed it?

19       A    I did it myself with a little help from my

20   partner.

21       Q    Mr. Drabic?

22       A    Yes, sir.

23       Q    How did you know how to install it?

24       A    Just pretty basic.  You just unscrew it.

25       Q    Did you look at any directions or manuals

```
 1   to do that?

 2      A    No, sir.

 3      Q    Why did you decide to put a different hood

 4   on your car?

 5      A    Just to change the look a little bit, give

 6   it a nice sporty appearance.

 7      Q    Anything else?

 8      A    That's the main reason why.

 9      Q    What about the doors, when did you do the

10   doors?

11      A    Three years ago.

12      Q    Where did you purchase --

13      A    ARK.

14      Q    Was that an online purchase?

15      A    Yes, sir, it was.

16      Q    Do you recall how much you paid for the

17   doors?

18      A    899.

19      Q    Did you install the doors yourself?

20      A    Yes, I did with my partner.

21      Q    How long did that take?

22      A    A whole weekend.

23      Q    Can you describe the parts that you got

24   from ARK for that?

25      A    I received two lifts, bolting plates,
```

1    hinges, an assortment of bolts and screws.

2    Q    Did it come with directions?

3    A    Yes, it did.

4    Q    Did you review those directions to install

5    the doors?

6    A    Yes, sir, I did.

7    Q    Did you look anywhere else for instructions

8    on how to install the doors?

9    A    I just looked for some advice on

10    NewTiburon.com and from ARK.

11    Q    Does ARK have a forum too?

12    A    I don't believe they do.

13    Q    ARK has got like an online manual or

14    instructions or something like that?

15    A    They just had comments in there from people

16    that had put one on.

17    Q    And why did it take all weekend?

18    A    It's a pretty intense job.

19    Q    What does it entail?

20    A    Removing the fenders, cutting them down,

21    taking off the old doors and hinges, bolting the new

22    unit to the car, and then bolting the door to the new

23    hinge.

24    Q    Why did you decide to get those doors?

25    A    For the look.  It made the car look a

1    little nicer.  It's a sporty car already.

2        Q    The rear spoiler that's on your car, is

3    that factory?

4        A    That's OEM.

5        Q    What about the taillights?

6        A    They're aftermarket.

7        Q    When did you purchase those?

8        A    I just actually got those a month ago, two

9    months ago.

10       Q    Where did you purchase them?

11       A    EvoFusion, E-V-O-F-U-S-I-O-N.

12       Q    Is that an online purchase?

13       A    Yes, sir, it was.

14       Q    What did you pay for them?

15       A    225 I think.

16       Q    Who installed them?

17       A    I did it myself.

18       Q    Did they come with instructions?

19       A    No.  It's pretty basic.  No, sir, they did

20   not.

21       Q    Did you look anywhere for instructions on

22   how to install the lights?

23       A    No, sir.

24       Q    Why did you purchase aftermarket taillights

25   for your car?

Schroeder, Donn 5/16/2008 9:00:00 AM

| 1 | A | Because the ones I had on previously were |
| 2 | | starting to fade and looked bad. |
| 3 | Q | The antenna is that aftermarket? |
| 4 | A | That's aftermarket. |
| 5 | Q | You installed that yourself? |
| 6 | A | Yes. |
| 7 | Q | Where did you purchase that? |
| 8 | A | ARK. |
| 9 | Q | When? |
| 10 | A | Two, two-and-a-half years ago, I guess. |
| 11 | Q | Fuel filler door, the silver -- |
| 12 | A | Yes. |
| 13 | Q | That's aftermarket? |
| 14 | A | No.  Actually that's OEM.  Not in my car, |
| 15 | | but it's a Hyundai part. |
| 16 | Q | What about the heater and the AC knobs? |
| 17 | A | ARK. |
| 18 | Q | When? |
| 19 | A | Three years ago. |
| 20 | Q | You put those on yourself? |
| 21 | A | Yes, sir. |
| 22 | Q | The parking brake lever? |
| 23 | A | That came from KSPEC, K-S-P-E-C. |
| 24 | Q | Is that an online purchase? |
| 25 | A | That's an online purchase. |

Schroeder, Donn 5/16/2008 9:00:00 AM

1    Q    What did you pay for it?

2    A    $35.

3    Q    You installed it yourself?

4    A    Yes.

5    Q    What about the backseat covers, do you know

6    what I'm talking about?

7    A    Yes, sir.  Carbon fiber.

8    Q    Carbon fiber backseat covers, where did you

9    purchase those?

10    A    Compact Divisions and that was an online

11    purchase.

12    Q    Do you recall when?

13    A    Last October.  I got -- they were delivered

14    in October.

15    Q    When did you install them?

16    A    October.

17    Q    You installed them?

18    A    Yes, sir.  Slide right over the top of the

19    old ones.

20    Q    Why did you do that?

21    A    To enhance the look of the car.

22    Q    There's a front air dam on your car?

23    A    Yes, sir.

24    Q    Is that separate from the intake system?

25    A    That's separate.

EXHIBIT A
PAGE 33

1    Q    Where did you purchase the front air dam?

2    A    Import Shark.

3    Q    Import shark; is that correct?

4    A    Yes.  And that's an online purchase.

5    Q    Do you know what their web address is?

6    A    It is maybe ImportShark.com.

7    Q    Do you know what you paid for that?

8    A    325.

9    Q    When did you install it?

10   A    Two years ago.

11   Q    Do you have any help installing it?

12   A    Actually I had it put on by a body shop.

13   Q    Body shop?

14   A    Yes.

15   Q    What's the name of the body shop?

16   A    It was Precision Auto.

17   Q    Where is that located?

18   A    In Frederick, Maryland.

19   Q    How come you didn't install it yourself?

20   A    It came unpainted and I didn't have any way

21   to paint it.

22   Q    Any other reasons?

23   A    I never did body work, so...

24   Q    Has Precision Auto done any other body work

25   on your Tiburon?

```
 1      A    They actually did some painting for me last

 2    year, but not body work, just painting.

 3      Q    What did they paint?

 4      A    I had my car -- when I had my bought my

 5    tires last summer, Sears scratched my car in Frederick

 6    and they paid to have my car fixed.  So Precision

 7    touched up the car.

 8      Q    What was scratched, the door?

 9      A    Actually they scratched all the way down

10    the passenger's side of the car.

11      Q    Nice.

12           You got like a foot pad, an aluminum foot

13    pad in there?

14      A    Yes, sir.

15      Q    When did you put that in?

16      A    I think four years ago.

17      Q    Four years ago?

18      A    Yes, sir.

19      Q    Where did you purchase that?

20      A    From the Hyundai website.

21      Q    Do you recall which website you are

22    referring to?

23      A    It was -- at the time Hyundai had an

24    owner's website that you could buy like hats and

25    accessories and parts from.  I don't know the name of
```

**EXHIBIT A**
**PAGE 35**

1    it. It's not around anymore. I'm not sure of the

2    name. The exact website is not around anymore.

3        Q    Why did you decide to put a front air dam

4    on your car?

5        A    It made the car look nice.

6        Q    Any other reasons?

7        A    No. That's the main reason why.

8        Q    Have you read anything about front air dams

9    before you put it in?

10       A    No. I just liked the look of them and I

11   saw a lot of cars with them.

12       Q    Do you subscribe to any automotive

13   magazines?

14       A    I get Motor Trend and Import Tuner.

15       Q    How long have you subscribed to each one of

16   those magazines?

17       A    Import Turner, maybe a year and a half.

18   Motor Trend, probably four years.

19       Q    Apart from NewTiburon.com, any other

20   automotive websites that you are a member of?

21       A    No, sir.

22       Q    Are you a member of any auto enthusiast

23   clubs?

24       A    I belong to the Lambda Car Club, LCC.

25       Q    Any others?

 1    was coming and I needed new tires for the winter coming

 2    up.

 3        Q    Any particular reason why you chose Sears

 4    over Fitzgeralds or any other place?

 5        A    Better price.

 6        Q    Any other reasons?

 7        A    No.

 8        Q    Did you have any brake work done at any

 9    place other than Fitzgeralds?

10        A    No, sir, I did not.

11        Q    How many times have you replaced your tires

12    since you've owned your Tiburon?

13        A    Four times.

14        Q    Four times?

15        A    Yes.  I think it's my fourth set of tires.

16        Q    Since you've owned the Tiburon?

17        A    Yes.

18        Q    Where have you had your tires replaced?

19        A    At Sears.

20        Q    All four times?

21        A    Yes, sir.

22        Q    Do you know when?

23        A    The exact dates, no, sir.

24        Q    You gave me records for the one, for the

25    summer of last year.

1    getting to where I felt that they needed to be

2    replaced.  And last summer I had them replaced before

3    the winter came up again.

4         Q    Fair enough.  Let's get to the reason why

5    we're here now.

6         A    Okay.

7         MR. HILTON:  I was going to say it but I

8    didn't.

9         BY MR. ANDERSON:

10       Q    When did you first believe that you had a

11   problem with your clutch?

12       A    When it didn't operate for me.

13       Q    When was that?

14       A    November of 2005.

15       Q    Was it an instantaneous thing or was there

16   a lead-up to the point when it wouldn't work?

17       A    I drove to work that morning with no

18   problem and I've been driving with no problem.  And I

19   left work that evening around 5:15 and the car wouldn't

20   go in reverse to back out of my space.  It wouldn't let

21   me reverse at all.  It barely went into first and thank

22   God no one was parked in front of me.  I was able to

23   get the car in first.

24        I called Fitzgeralds on my cell phone and

25   asked if they were still open, I need to get my car

```
 1       A    No.  I believe they told me it was not

 2    covered.  So I had every reason to believe them.  I

 3    didn't have a bad relationship with Fitzgeralds where I

 4    felt they were misguiding me or misleading me.  My

 5    relationship with them had been a good relationship

 6    with them as my service provider for the car, repairing

 7    it.

 8       Q    At what point in time in the process did

 9    they tell you it was not covered by the warranty?

10       A    I think when he called me the next day or

11    when I went down there, he said it's not covered by the

12    warranty.  Because it is the cost I am going to pay.

13    Obviously, obviously it is not covered under warranty

14    because I have to pay the bill.

15       Q    Do you recall who at Fitzgerald told you

16    that?

17       A    Probably the service technician who called

18    me, the service assistant or whoever is in the shop.

19       Q    If it was John you would say John?

20       A    Right.

21       Q    So you are thinking somebody other than

22    John?

23       A    Right.  I must have talked to John since

24    then when I went back with the paperwork.  Like I said,

25    it is blurred together as one.
```

Schroeder, Donn 5/16/2008 9:00:00 AM

1        Q    That's fine.

2             Whoever you spoke to about the warranty

3    coverage, did they tell you why it wasn't covered under

4    the warranty?

5        A    It was a wearable part and it's not

6    covered.

7        Q    What did you say in response to that?

8        A    I didn't question it.  It's a wearable

9    part.  That's fine.  I'll replace it.  I just hope I'm

10   not replacing it 50,000 miles from now.

11       Q    I thought you told them you were surprised.

12       A    Yes.

13       Q    But then they tell you it's a normal

14   wearable part?

15       A    Right.

16       Q    Did you tell them again that you were

17   surprised?

18       A    Maybe; maybe not.

19       Q    So you paid and then you drove off?

20       A    Right.

21       Q    And was the clutch working fine?

22       A    Yes, it was fine.  It was working great.

23       Q    Then some point between November of '05 and

24   May of 2006 you got on to NewTiburon.com and find out

25   that there was a service bulletin?

1    A    Right.  Yes, sir.  That's correct.

2    Q    How often do you go on to NewTiburon.com?

3    A    Probably every day, day and a half, two

4    days.

5    Q    Is there any particular reason?

6    A    Just to see what's going on, where people

7    are meeting, just to read up about certain things.  I

8    might just go through different -- see what's going on.

9    Q    You said where people are meeting.  Do

10    people meet with their Tiburons or something?

11    A    Occasionally there is a Maryland forum

12    section in there.  Once in a while people get together

13    and they go bowling or get together and meet at a park

14    and get together and talk about their cars.

15    Q    Have you been to any of those?

16    A    I've been to three of them.  It's not an

17    association so much as people getting together.

18    Q    Where have you met?

19    A    We met twice at Cunningham Falls up in

20    Frederick, Maryland and then we met recently here in

21    Annapolis, Maryland and met.  Then we went bowling

22    after that.

23    Q    When did these three meets take place?

24    A    The two in Cunningham Falls, one was last

25    fall and one was the previous fall.  And then the

1      Annapolis was back in March.

2          Q      Have you been going on to NewTiburon.com on

3      a fairly regular basis since you purchased your car?

4          A      I probably found out about it a year after

5      I bought my car.  Yes, about a year, year and a half.

6      I can't remember when I found it.

7          Q      So maybe '04, early '05?

8          A      Yes, I found out about it.

9          Q      How did you find out about it?

10         A      Actually by accident.  I didn't realize a

11     person at work, works for me, told me that in Europe

12     that my car is called a Tuscani which I wasn't aware of

13     when I bought the car.  I did a search on Tuscani to

14     see what is different about them and I noticed that

15     there are a lot more features on the Tuscani that the

16     Tiburon didn't have, you know, comfort things.

17             And when I did a search I found

18     NewTiburon.com and I logged in and said, oh, wow, there

19     is a forum for my car and it was kind of interesting.

20     There are not many of us out there.  In fact, I don't

21     see many where I live at all.  And it's nice to talk to

22     someone who has the same kind of car I do.

23         Q      At these three meets were there other

24     Tiburons at these meets?

25         A      Yes, just basically Tiburon owners.

1   Q   How many other cars?

2   A   Maybe seven or eight.

3   Q   At each meet?

4   A   Yes. Not very big at all.

5   Q   The other Tiburons that you saw, had people

6   made modification to their cars?

7   A   Yes, some of them had, not all of them, but

8   some of them had.

9   Q   Describe some of those modifications that

10   you witnessed.

11   A   Like exhaust. You know, custom exhausts,

12   custom air intakes. Some people had put headers on

13   their car. Someone has a turbocharge. You know, I'm

14   the only one that has a door. Maybe I saw one other

15   fiber hood.

16   Q   Anything else?

17   A   Other than custom tires and appearance

18   stuff nothing.

19   Q   Did you take any pictures of these meets?

20   A   I have one from the meet in -- I think for

21   both fall meets I took pictures. Yes, I do.

22   Q   And what do you do at these meets?

23   A   Just talk, hang out. You know, both times

24   at the State park we kind of hung out and talked all

25   day and hiked up the falls as a group. And then we

1    went for pizza afterwards at Pizza Hut, I believe, and

2    then came home.  And then the meet recently in

3    Annapolis we just kind of met and then we all went

4    bowling and divided into four different groups and went

5    bowling.  It was kind of fun.

6        Q    At these meets -- I'm referring to all

7    three, but if there is only one, you let me know.

8        A    Okay.

9        Q    -- did you have any discussions with other

10   Tiburon owners about ways to enhance the performance of

11   the car?

12       A    Actually I'm not interested in that at all.

13   People tell me what they've done to their cars, but I

14   don't find out how you put a turbocharger in because it

15   does not interest me.  I might find out what exhaust

16   people have other than what I have or what manufacturer

17   it is.  But other than that, not really.

18       People talk about -- myself personally I'm

19   not racing my car.  So it does not interest me to do

20   that.  People talk about lowering their cars.  That

21   doesn't interest me, lowering my car.  I don't need

22   side skirts on my car.

23       I've done what I needed to do to the car

24   and it looks good and I'm happy with it.  And it's nice

25   to have people appreciate what it looks like.  Corvette

EXHIBIT A
PAGE 44

1    owners are the same way and Mustang owners are the same

2    way. It's a much smaller scale. There are not many

3    Tiburon owners out there.

4        Q    Did any of these Tiburon owners at the meet

5    talk about racing their Tiburons?

6        A    No, none at all.

7        Q    Was there a discussion at these meets --

8    I'm not saying you are interested in. I just want to

9    know what you heard.

10       A    Right.

11       Q    Any discussions about increasing the

12   horsepower on the Tiburon?

13       A    Some people have.

14       Q    What do you recall people saying about how

15   to increase the horsepower on the --

16       A    Put a turbocharger in it. One man had a

17   turbocharger in his car. But other than that not many

18   people could afford to do what he did to his car. So

19   it's probably unique to the group. I'm unique to the

20   group in the fact that I've done all of the stuff that

21   I've done to my car appearance-wise. I'm unique to the

22   group in that respect.

23           Most people that are at the meets are not

24   at the socioeconomic scale that I'm at where they can

25   just have the spokesman come -- you know, buy a new

1    part for my car because I just want to make the hood

2    look better.  So most of them are younger people and

3    their income is limited.

4         Q    Do you recall discussions at these meets

5    about any other ways to increase the horsepower on the

6    Tiburons other than the turbocharger?

7         A    No, sir.

8         Q    Do you keep in touch with any of these

9    people at the meets?

10        A    Just in the Maryland forum section.  I

11   don't have any e-mail addresses outside of there.  A

12   few phone numbers maybe on my cell phone but I don't

13   call people that are not my friends.  Just people I

14   know from the group.

15        Q    The Maryland section of the NewTiburon.com

16   website?

17        A    Yes.

18        Q    When your clutch was replaced in November

19   of '05 what happened to the old parts?

20        A    I guess the dealership did something with

21   them.  I don't know.  I never saw them.

22        Q    Did you ask for them?

23        A    No, I did not.

24        Q    So, again, going back to that, after

25   November of '05 but to May of 2006 it was sort of at

1  Q   And you filled out the paperwork and you

2  went home?

3  A   Yes, sir.

4  Q   And then the next day you got a call from

5  them?

6  A   They called me and said it's your clutch.

7  We need to replace the clutch and I was really

8  surprised that it was the clutch.

9  Q   Why were you surprised that it was the

10  clutch?

11  A   $48,000 miles? I didn't believe the clutch

12  would go at 48,000 miles.

13  Q   Why do you think it was 48, not 52,000

14  miles?

15  A   I thought it was 48.

16  Q   Do you know for sure?

17  A   Not for sure. I believe in my heart it was

18  48, but maybe the mileage would be off somewhat.

19  Q   We'll look at a record in a second.

20  A   All right.

21  Q   When they called you up to tell you it was

22  the clutch, what exactly did they tell you about the

23  clutch that you can recall?

24  A   Just told me that the clutch needed to be

25  replaced. That's what I recall.

Schroeder, Donn  5/16/2008 9:00:00 AM

1      Q      Did they tell you why it needed to be

2    replaced?

3      A      No.

4      Q      Did they tell you what was wrong with the

5    clutch?

6      A      No.

7      Q      When they told you that your clutch needed

8    to be replaced, what did you say back to them exactly?

9      A      Of course fix it.

10     Q      Anything else that you can recall?

11     A      No, not at that time, I do not.

12     Q      Did you tell them you were surprised at

13   that time?

14     A      Yes, I probably told them I was surprised.

15     Q      Did you probably tell them or did you

16   really tell them that?  I really need to know.

17     A      I can't say most likely, can I?  I believe

18   I told them I was surprised on the phone.

19     Q      You said you were surprised?

20     A      Surprised it was the clutch.  I didn't

21   expect it to be replaced.  That's all.

22     Q      Anything else you recall telling them in

23   that regard?

24     A      No, sir.

25     Q      What did they say in response to that?

1       A     They just said it needs to be replaced and

2    I said go ahead and do the work.

3       Q     Then what happened next?

4       A     They did the work.  And they called me I

5    think the following day.  It was a two-day job.  I had

6    a loaner car for two days.  Went down to pick it up.

7            And in that time I had checked to see if

8    there was a service agreement on the clutch itself that

9    said if it needs to be replaced these are the parts

10   that it needs to be replaced with.  And I noticed when

11   I got my paperwork that one of the parts was a little

12   bit different than what the service bulletin was.

13           And I said I'm confused because I have the

14   service bulletin that says that this is supposed to be

15   fixed like this but I am looking at your parts list and

16   it is showing that one of the parts is different.

17           And he said, well -- you know, they said

18   that they would look into it.  They told me that they

19   hadn't seen a TSB before and they would call Hyundai

20   and find out what they suggest.  Then I was told later

21   on that they talked to Hyundai and they said they fixed

22   the car accordingly, that they -- it was suggested --

23   it was recommended you follow this, but they didn't,

24   so...

25      Q     Okay.  Just so I get the timing down here,

| | | |
|---|---|---|
| 1 | Q | He's got to take down what you are saying. |
| 2 | A | I'm sorry. |
| 3 | Q | Was that explanation acceptable to you at |
| 4 | that time? | |
| 5 | A | I just -- I -- what else could I say?  They |
| 6 | had already given me their answer.  I just said I hope | |
| 7 | I'm not back here at 50,000 miles because it's kind of | |
| 8 | crazy. | |
| 9 | Q | That's what you said to John? |
| 10 | A | Yes.  To my best recollection I just told |
| 11 | him I hope I'm not back here in 50,000 miles for the | |
| 12 | same problem. | |
| 13 | Q | Do you recall saying anything else to John? |
| 14 | A | Not that I recall. |
| 15 | Q | Now, you could have called Hyundai directly |
| 16 | yourself, right? | |
| 17 | A | I could have, yes. |
| 18 | Q | You did not, correct? |
| 19 | A | No, I did not. |
| 20 | Q | Any particular reason why not? |
| 21 | A | Because I had a good relationship with the |
| 22 | service that had been done at Fitzgeralds and I | |
| 23 | believed what he was telling me to be true. | |
| 24 | Q | Do you have any reason to believe that what |
| 25 | he told you is not true as you are sitting here? | |

1     Q     -- needed to be replaced?

2     A     I don't believe I abused the clutch at all.

3     I believe I know how to drive with a clutch.  Yes, it's

4     a wearable part, but 48,000 miles I thought was a bit

5     absurd.

6     Q     You put in a new clutch in January of '08.

7     A     That's exactly right.

8     Q     Did you experience problems with your

9     clutch again?

10    A     I did not think I was having problems.  I

11    took the car in towards the end of December in to

12    Fitzgeralds and when they called me back he said your

13    clutch is soft, we recommend replacing it soon.  I said

14    do not do that, I'll take care of it.  And I went

15    someplace else to have it done.

16    Q     Who told you it was soft?

17    A     The service person that called me on the

18    phone that day.  I'm not sure which person I talked to,

19    but he told me the clutch was soft.

20    Q     Why did you bring your car in, in December?

21    A     I think a general oil change, just general

22    service.

23    Q     Had you noticed any issues with your clutch

24    up to that point?

25    A     No.

```
 1      Q    At any point between November of '05 and
 2   December of '07?
 3      A    No, sir.
 4      Q    So someone at Fitzgeralds told you that the
 5   clutch was soft with no other details?
 6      A    Right.
 7      Q    And then you made a decision at that point
 8   to have --
 9      A    -- it replaced someplace else.
10      Q    Why is that?
11      A    Because I didn't want to be someplace
12   stranded with my clutch not working.
13      Q    Any other reasons?
14      A    No.  That's the main reason.  As I said,
15   even up to this point I had no reason not to trust what
16   they were telling me.  I felt like I had a good rapport
17   with Fitzgerald.  In repairing my car they've done a
18   good job based on what they've been told to do.
19           But when he told me that the clutch was
20   soft, I thought this is a sign for me to get it
21   replaced before it goes bad.  I don't want to drive on
22   a clutch that's going to fail when I'm in the middle of
23   the highway or something like that.
24      Q    But if Fitzgeralds put in a new Hyundai
25   clutch for you, you wouldn't have that issue for a
```

1    clutch done elsewhere?

2    A   I just told them don't worry about the

3    clutch.

4    Q   Don't worry about the clutch.  Okay.

5    A   Don't do anything with the clutch.

6    Q   Did you then engage in some sort of

7    research about where to buy a clutch or what clutch to

8    buy?

9    A   I looked at what are the other options to

10   buy for a clutch at that point, yes.

11   Q   What did you look at?

12   A   I looked at Fidanza and that was the main

13   one I was looking at was the Fidanza clutch.  I heard

14   that it was a good clutch.  They had a clutch that was

15   good for everyday driving and it was recommended.  So

16   some sites recommended it.  So I took it -- when I

17   contacted -- I was trying to find a shop that would do

18   it in my area where I live.  So I started looking for

19   it.

20   Q   There's a couple of things you said in

21   there.  First you said sites plural.  So I take one of

22   them is NewTiburon.com.

23   A   That's correct.

24   Q   What other sites?

25   A   Fidanza site.

EXHIBIT A
PAGE 53

1     Q     Fidanza site?

2     A     Yes.

3     Q     So you got the idea to look at a Fidanza

4     clutch from a forum on NewTiburon.com?

5     A     Yes.

6     Q     What did they say on NewTiburon.com about

7     the Fidanza clutch?

8     A     They have a section under -- with clutches.

9     They have a list of different clutches that are out

10    there, aftermarket clutches that are designed for the

11    Hyundai Tiburon. And clutches do different things.

12    You know, if you are just doing everyday driving, you

13    are doing street or performance. I wanted to find one

14    that would be reliable. I wasn't going to buy one off

15    of eBay. So based on what I saw I thought that would

16    be a good clutch to go with.

17    Q     What did you pay for this clutch?

18    A     I think the clutch itself was 350, if I

19    recall. I don't have the exact number in my head.

20          The clutch itself or the repair?

21    Q     The whole kit and caboodle?

22    A.    Oh, okay, the whole. That is why I am

23    making sure. You said the clutch. There is more than

24    just the clutch that was repaired.

25    Q     Yes.

1    A    I paid $1,700, I believe, for the repair

2    back in January.

3    Q    You got a new flywheel too, right?

4    A    That's part of -- yes, we did.

5    Q    That that's part of what?

6    A    When I took the car in, when I talked to

7    them about putting in a new clutch in I told them I am

8    putting in a Fidanza clutch.  The guy at the shop said

9    let me see about getting one for you.  He called me

10   back and said he could not get a Fidanza clutch for

11   your car but I recommend a Centerforce clutch.  It's a

12   good clutch.  I highly recommend it.  You won't need

13   another one.

14       He ordered that clutch.  When it came in,

15   he called me the next day and he said we need to

16   replace your flywheel too because he thought it was

17   just a clutch repair at the time.  He told me your

18   flywheel is also bad.  We need to replace your

19   flywheel.  I said go ahead and fix it.  So he said I

20   can get you a Fidanza flywheel for that and he put a

21   Fidanza flywheel on that with a Centerforce clutch.

22   Q    Did you get a new bearing?

23   A    I believe there is a new bearing listed on

24   there, yes.

25   Q    Just going back to your research for a

1    moment --

2       A    Yes.

3       Q    -- you said at NewTiburon you looked at a

4    Fidanza, you didn't look at any other kind of clutch at

5    that point, right?

6       A    The most information I needed was right in

7    NewTiburon.com.

8       Q    Did you see what the price of the Fidanza

9    clutch was when you were researching it?

10      A    On their website, yes, I did.

11      Q    I take it, whatever clutch it was you were

12   comfortable with that.

13      A    Yes, I was.

14      Q    And what did it say about the clutch that

15   you were interested in?

16      A    That it was good for a good everyday clutch

17   for everyday driving but it would do a little bit more

18   than that if you needed it to.

19      Q    What do you mean by that?

20      A    You could do a little more performance

21   driving if you wanted to, but that's not why I bought

22   it. I wanted something that would hold up.

23      Q    What does that mean, performance driving?

24      A    I don't know. I guess people that race

25   their cars. I don't know. I don't race my car.

# EXHIBIT B

*Fitzgerald* AUTO MALLS

## New or Used Vehicle Purchase Order

| | |
|---|---|
| LAKEFOREST OLDSMOBILE, INC. | Buyer's Name DONN ANDERSON SCHROEDER |
| | Street 5709 HONEY GLEN COURT |
| 905 NORTH FREDERICK AVE. | City NEW MARKET   Date 03/29/03 |
| GAITHERSBURG MD 20879 | State/Zip MD 21774   Home 301 865-8664 |
| | Driver's License# SG361447067143   Work 301 428-7143 |

Please accept my order on the terms and conditions set forth on this sheet and its reverse side all of which I have read and agree shall be binding upon me without further action after acceptance by your Authorized Executive for the following described vehicle:

☐ NEW   ☐ USED   ☐ DEMONSTRATOR

| Year 2003 | Make HYUNDAI | Model TIBURON | Type GT V6 6 SPPED MANUAL(ALLY) | Mileage 27 |
|---|---|---|---|---|
| Engine 6 CYL | Stock# H075374 | Delivery Date 03/29/03 | VIN# KM8HN65F03U075374 | |

| Rebate Amount: | 1000.00 | Delivered Price: (after Rebate if any) | 18382.00 |
|---|---|---|---|

Options: (if any)

| | |
|---|---|
| AIR CONDITIONING | 17" ALLOY WHEELS |
| POWER WINDOWS,LOCKS,MIRRORS | FOUR-WHEEL DISC BRAKES |
| FRONT SIDE AIRBAGS | DUAL EXHAUSTS |
| AM/FM CASS/CD RADIO | FOG LAMPS |
| CRUISE CONTROL | REAR WINDOW WIPER/WASHER |
| KEYLESS ENTRY W/ALARM | CARPETED FLOOR MATS |
| BUYER PROTECTION PLAN FOR LIFE LOANER CAR FOR LIFE NOTHING ELSE DUE FROM DEALER | |

| | | | |
|---|---|---|---|
| Delivered Price with options, if any, adding back rebate for tax purposes: | | | 19382.00 |
| Optional Charges: (Not required by Law)   OPTIONAL | | | |
| Tag and Title Processing Charge: ($25 Paid to Dealer) | | | 25.00 |
| Tax: (Paid to State of Registration) | (ESTIMATED) | | 969.10 |
| Tags: (Paid to State of Registration) | (ESTIMATED) | | 134.00 |
| Tire Recycling Fee: | | | |
| Electronic Titling Fee: | | | 20.00 |
| Vehicle Service Contract: | INCLUDES GAP INSURANCE: | 390.00 | 1585.00 |
| | Delivered Price Including Options and Optional Charges: (if any) | | 22217.10 |
| Rebate (if any) | | | 1000.00 |
| Cash Deposit Submitted With Order ("Deposit") | | | |
| Trade-In Allowance | NONE | | |
| Less Trade-In Payoff | NONE | | |
| Net Trade-In Allowance | | | NONE |
| TOTAL DUE | | | 21217.10 |

| DESCRIPTION OF TRADE-IN | | | | |
|---|---|---|---|---|
| Year | Make | Model | Mileage | VIN |
| | GARY W GRACE | | | 193U9UR884 |

| Sales Representative | Sales Representative's License # |
|---|---|

### Notice to Customer

1. Neither Comprehensive insurance nor Liability insurance for bodily injury and property damage caused to others is included.
2. Applicable to used car sales only: The information you see on the "Buyer's Guide" in the window of the vehicle is part of this contract. Information in the "Buyer's Guide" overrides any contrary provisions in this Purchase Order.
3. The Maryland Automotive Warranty Enforcement Act gives you certain additional legal rights against the manufacturer in the event your new car does not conform to all applicable manufacturer's warranties during the first 15 months of ownership or 15,000 miles of the vehicle's operation, whichever, comes first. To preserve your rights under this law, you must report the non-conformity, defect, or conditions by giving written notice to the manufacturer by certified mail, return receipt requested. If you are buying a new vehicle, the manufacturer's new-vehicle warranty delivered to you shall apply between you and the manufacturer. The Dealer is not a party to this warranty. If you are buying a used vehicle, the applicability of an existing manufacturer's warranty thereon, if any, shall be determined by the terms of that warranty.
4. Maryland law requires a dealer to receive a buyer's consent before placing an insignia on a vehicle stating the dealer's name. I consent to placing an insignia on my vehicle.
5. Buyer received a copy of this Purchase Order after signing it and a copy of our Privacy Policy under 16 C.F.R. §313.
6. The price computation arising out of this contract includes all factory incentives, rebates, or Factory Special Equipment offers, public or private, that may be applicable at the time the vehicle is sold.

Title vehicle in the full name(s) of

DONN ANDERSON SCHROEDER
(Print or type full name of buyers)

At address: 5709 HONEY GLEN COURT NEW MARKET MD 21774
(Print or type complete address of buyer if different from above)

Buyer and Co-Buyer, if applicable, understand that there are no other terms, conditions, express warranties or representations, except as provided above and on reverse side, and any modification hereof must be in writing, signed by an Authorized Executive of Dealer. By signing below they agree to be legally bound by all such terms and conditions contained herein.

| Buyer's Signature | Date 03/29/03 | Co-Buyer's Signature | Date |
|---|---|---|---|

| Accepted by: | | |
|---|---|---|
| LAKEFOREST OLDSMOBILE, INC. | | Date 03/29/03 |
| Dealership | Authorized Executive | Date |

Form# (00102960) LOANER CAR AND BUYER PROTECTION PLANS (IF INCLUDED AS PART OF THIS PURCHASE) REPRESENT EXCLUSIVE SERVICES OF FITZGERALD AUTO MALLS, AND AS SUCH ARE NOT PROVIDED BY NOR WARRANTED BY THE VEHICLE MANUFACTURER.

**EXHIBIT B**
**PAGE 57**

# EXHIBIT C

Log Out | Help | Security Center

# PayPal

My Account    Send Money    Request Money    Merchant Services    Auction Tools    Products & Servic

## Transaction Details

**eBay Payment Sent** (Unique Transaction ID #7XD80161JK1822204)

*CONFIDENTIAL*

**Business Contact Information**

**Customer Service URL:** http://www.seoulfulracing.com
**Customer Service Email:** seoulfulracing@yahoo.com
**Customer Service Phone:** +82 82317377727

**Total Amount:** -$69.96 USD
**Date:** May 22, 2006
**Time:** 09:54:14 PDT
**Status:** Completed

| Item # | Item Title | Qty | Price | Subtotal |
|---|---|---|---|---|
| 8013988412 | 02 03 04 05 KDM Hyundai New Tiburon Chrome Door Striker | 1 | $9.99 USD | $9.99 USD |
| 8045936338 | 03 04 05 KDM Hyundai New Tiburon/Elantra XD XG Horn Set | 1 | $39.99 USD | $39.99 USD |

| | | |
|---|---|---|
| | Subtotal: | $49.98 USD |
| | Shipping & Handling (includes any seller handling fees): | $19.98 USD |
| | Shipping Insurance : | -- |
| | **Total:** | **$69.96 USD** |

**Shipping Address:** Donn Schroeder
5709 Honey Glen Court
New Market, MD 21774
United States
Confirmed ?

**Payment To:** Seoulfulracing    (The recipient of this payment is **Non-U.S. - Verified**)
**Seller's ID:** kdmguy
**Seller's Email:** seoulfulracer@yahoo.co.kr

**Funding Type:** Instant Transfer

EXHIBIT C
PAGE 58

**Funding Source:** $69.96 USD - M&amp;T Bank Checking (Confirmed) xxxxxx3917

**Back Up Funding Source:** MasterCard Card XXXX-XXXX-XXXX-8487

## Original Transaction

| Date | Type | Status | Details | Amount |
|------|------|--------|---------|--------|
| May 22, 2006 | Payment To Seoulfulracing | Completed | ... | -$69.96 USD |

## Related Transaction

| Date | Type | Status | Details | Amount |
|------|------|--------|---------|--------|
| May 22, 2006 | Add Funds from a Bank Account | Completed | Details | $69.96 USD |

**Description:** Seoulfulracing

Return to Log


About SSL Certificates

Copyright © 1999-2008 PayPal. All rights reserved.
Information about FDIC pass-through insurance .

Log Out | Help | Security Center

# PayPal

My Account     Send Money     Request Money     Merchant Services     Auction Tools     Products & Servic

## Transaction Details

**eBay Payment Sent (Unique Transaction ID #53R720404U784954N)**

CONFIDENTIAL

### Business Contact Information

**Customer Service URL:** http://www.seoulfulracing.com
**Customer Service Email:** seoulfulracing@yahoo.com
**Customer Service Phone:** +82 82317377727

**Total Amount:** -$48.98 USD
**Date:** Jul. 7, 2006
**Time:** 16:58:54 PDT
**Status:** Completed

| Item # | Item Title | Qty | Price | Subtotal |
|--------|-----------|-----|-------|----------|
| 8012699609 | 02 03 04 05 KDM Hyundai New Tiburon Auto Light Switch | 1 | $38.99 USD | $38.99 USD |

Shipping & Handling via Standard Delivery
(includes any seller handling fees):                          $9.99 USD

Shipping Insurance :                          —

**Total:**   $48.98 USD

**Shipping Address:** Donn Schroeder
5709 Honey Glen Court
New Market, MD 21774
United States
Confirmed 🔲

**Payment To:** Seoulfulracing    (The recipient of this payment is **Non-U.S. - Verified**)
**Seller's ID:** kdmguy
**Seller's Email:** seoulfulracer@yahoo.co.kr

**Funding Type:** Instant Transfer
**Funding Source:** $48.98 USD - M&amp;T Bank Checking (Confirmed) xxxxxx3917

**EXHIBIT C**
**PAGE 60**

**Back Up Funding Source:** MasterCard Card XXXX-XXXX-XXXX-8487

## Original Transaction

| Date | Type | Status | Details | Amount |
|------|------|--------|---------|--------|
| Jul. 7, 2006 | Payment To Seoulfulracing | Completed | ... | -$48.98 USD |

## Related Transaction

| Date | Type | Status | Details | Amount |
|------|------|--------|---------|--------|
| Jul. 7, 2006 | Add Funds from a Bank Account | Completed | Details | $48.98 USD |

**Description:** Seoulfulracing

Return to Log

Mobile   Mass Pay   Money Market   Debit Card   Referrals   About Us   Accounts   Fees   Privacy   Plus C
Security Center   Contact Us   Legal Agreements   Developers   Shops



About SSL Certificates

Copyright © 1999-2008 PayPal. All rights reserved.
Information about FDIC pass-through insurance

Log Out | Help | Security Center

# PayPal

My Account    Send Money    Request Money    Merchant Services    Auction Tools    Products & Servic

## Transaction Details

**eBay Payment Sent (Unique Transaction ID #5TU416633R648530P)**

**Business Contact Information**

CONFIDENTIAL

**Customer Service Email:** racing@jtrsport.com
**Customer Service Phone:** 909-595-3027

**Total Amount:** -$555.00 USD
**Date:** Jul. 7, 2006
**Time:** 17:15:44 PDT
**Status:** Completed

| Item # | Item Title | Qty | Price | Subtotal |
|--------|-----------|-----|-------|----------|
| 4639339390 | 03-04 TIBURON VIS INVADER CARBON FIBER HOOD . NEW | 1 | $405.00 USD | $405.00 USD |

| | | |
|--|--|--|
| Shipping & Handling via Standard Delivery (includes any seller handling fees): | $150.00 USD |
| Shipping Insurance : | — |
| **Total:** | $555.00 USD |

**Shipping Address:** Donn Schroeder
5709 Honey Glen Court
New Market, MD 21774
United States
Confirmed 🔲

**Payment To:** jtrsport.com    (The recipient of this payment is **Verified**)
**Seller's ID:** carbon_innovation
**Seller's Email:** carbon_innovation@yahoo.com

**Funding Type:** Credit Card
**Funding Source:** $555.00 USD - MasterCard Card XXXX-XXXX-XXXX-8487

https://history.paypal.com/us/cgi-bin/webscr?cmd=_history-details&info=o-ZRCkFdJ5yY...    5/14/2008

EXHIBIT C
PAGE 62

This credit card transaction will appear on your bill as "PAYPAL *JTRSPORTCOM".

## Original Transaction

| Date | Type | Status | Details | Amount |
|------|------|--------|---------|--------|
| Jul. 7, 2006 | Payment To jtrsport.com | Completed | ... | -$555.00 USD |

## Related Transaction

| Date | Type | Status | Details | Amount |
|------|------|--------|---------|--------|
| Jul. 7, 2006 | Charge From Credit Card | Completed | Details | $555.00 USD |

**Description:** jtrsport.com

**Note:** 2003 Hyundai Tiburon, 2-door coupe, 6-speed manual, 6-cylinder 2.7 liter engine.
Home Phone: 301-865-8664
Cell: 410-375-3817

Return to Log

Mobile   Mass Pay   Money Market   Debit Card   Referrals   About Us   Accounts   Fees   Privacy   Plus C
Security Center   Contact Us   Legal Agreements   Developers   Shops



About SSL Certificates

Copyright © 1999-2008 PayPal. All rights reserved.
Information about FDIC pass-through insurance

Log Out | Help | Security Center

# PayPal

My Account   Send Money   Request Money   Merchant Services   Auction Tools   Products & Servic

## Transaction Details

**Payment Sent (Unique Transaction ID #25X84219MA824310E)**          *CONFIDENTIAL*

### Original Transaction

| Date | Type | Status | Details | Amount |
|------|------|--------|---------|--------|
| Jul. 28, 2006 | Payment To Han Kenneth Yang | Completed | ... | -$99.00 USD |

### Related Transaction

| Date | Type | Status | Details | Amount |
|------|------|--------|---------|--------|
| Jul. 28, 2006 | Add Funds from a Bank Account | Completed | Details | $99.00 USD |

**Transfer to:** Han Kenneth Yang
**Email:** bestspeedshop@hotmail.com

**Total Amount:** -$99.00 USD

**Date:** Jul. 28, 2006
**Time:** 11:51:50 PDT
**Status:** Completed

**Subject:** Han Kenneth Yang
**Note:** Ship to:
Donn Schroeder
5709 Honey Glen Court
New Market, Maryland 21774

NT.com ID: donnschroe

Purchase of Concepto Grill for 2003 Tiburon
**Shipping Address:** Donn Schroeder
5709 Honey Glen Court
New Market, MD 21774
United States
Confirmed 🔲

**Funding Type:** Instant Transfer
**Funding Source:** $99.00 USD - M&amp;T Bank Checking (Confirmed) xxxxxx3917
**Back Up Funding Source:** MasterCard Card XXXX-XXXX-XXXX-8487

**EXHIBIT C**
**PAGE 64**

## Shipment Information

**Shipping Status:** Shipped
**Tracking Number:** UPS

**Service Type:** UPS Ground
**Package Size:** Your Packaging
**Dimensions:** 24 X 9 X 6 in
**Planned Ship Date:** Jul. 28, 2006
**Signature Confirmation:** No
**Saturday Delivery:** No
**Shipping Insurance:** No

**Ship From:** Han Kenneth Yang
17089 NW ALOCLEK DR. Suite 221
Hillsboro, OR 97124
United States

**Ship To:** Donn Schroeder
5709 Honey Glen Court
New Market, MD 21774
United States
Confirmed Residential address 

Return to Log

Mobile | Mass Pay | Money Market | Debit Card | Referrals | About Us | Accounts | Fees | Privacy | Plus C
Security Center | Contact Us | Legal Agreements | Developers | Shops

About SSL Certificates

Copyright © 1999-2008 PayPal. All rights reserved.
Information about FDIC pass-through insurance

**EXHIBIT C**
**PAGE 65**

Log Out  |  Help  |  Security Center

# PayPal

My Account    Send Money    Request Money    Merchant Services    Auction Tools    Products & Servic

## Transaction Details

CONFIDENTIAL

**Shopping Cart Payment Sent (Unique Transaction ID #61051681SR8266722)**

### Original Transaction

| Date | Type | Status | Details | Amount |
|------|------|--------|---------|--------|
| Nov. 22, 2006 | Payment To KJB Motorsports | Completed | ... | -$205.00 USD |

### Related Transaction

| Date | Type | Status | Details | Amount |
|------|------|--------|---------|--------|
| Nov. 22, 2006 | Add Funds from a Bank Account | Completed | Details | $205.00 USD |

**Business Name:** KJB Motorsports    (The recipient of this payment is **Verified**)
**Email:** kjbmotorsports@yahoo.com

### Shopping Cart Contents

| Qty | Item | Options | Price |
|-----|------|---------|-------|
| 1 | INJEN Short Ram Air Intake System(Polished) - 2003-06 Hyundai Tiburon V6 | | $205.00 USD |
| | | Amount | $205.00 USD |

**Order Description:** Shopping Cart
**Item Total:** $205.00 USD
**Shipping:** $0.00 USD
**Handling:** $0.00 USD

**Total Amount:** -$205.00 USD

**Date:** Nov. 22, 2006
**Time:** 10:22:30 PST
**Status:** Completed
**Shipping Address:** Donn Schroeder
5709 Honey Glen Court
New Market, MD 21774
United States
Confirmed 🔲

https://history.paypal.com/us/cgi-bin/webscr?cmd=_history-details&info=KeHCIHsA6Gjy...  5/14/2008

EXHIBIT C
PAGE 66

**Business Contact Information**

**Customer Service URL:** http://www.kjbmotorsports.com
**Customer Service Email:** kjbmotorsports@yahoo.com

**Funding Type:** Instant Transfer
**Funding Source:** $205.00 USD – M&amp;T Bank Checking (Confirmed) xxxxxx3917

**Back Up Funding Source:** MasterCard Card XXXX-XXXX-XXXX-8487

**Description:** KJB Motorsports

Return to Log

Mobile   Mass Pay   Money Market   Debit Card   Referrals   About Us   Accounts   Fees   Privacy   Plus C
                    Security Center   Contact Us   Legal Agreements   Developers   Shops



About SSL Certificates

Copyright © 1999-2008 PayPal. All rights reserved.
Information about FDIC pass-through insurance

EXHIBIT C
PAGE 67

Log Out | Help | Security Center

# PayPal

My Account    Send Money    Request Money    Merchant Services    Auction Tools    Products & Servic

## Transaction Details

**Payment Sent** (Unique Transaction ID #7XD81504PP506032X)

*CONFIDENTIAL*

### Original Transaction

| Date | Type | Status | Details | Amount |
|---|---|---|---|---|
| Oct. 24, 2006 | Payment To ARK Performance Inc. | Completed | ... | -$578.00 USD |

### Related Transaction

| Date | Type | Status | Details | Amount |
|---|---|---|---|---|
| Oct. 24, 2006 | Charge From Credit Card | Completed | Details | $578.00 USD |

**Business Name:** ARK Performance Inc.
**Email:** arkreact@yahoo.com

**Business Contact Information**

**Customer Service URL:** http://www.arkspeedracing.com
**Customer Service Email:** arkreact@yahoo.com
**Customer Service Phone:** 626-934-1275

**Total Amount:** -$578.00 USD

**Date:** Oct. 24, 2006
**Time:** 15:00:58 PDT
**Status:** Completed

**Subject:** ARK Performance Inc.
**Note:** ARK N2 Dual Exhaust system Stainless V6 (SM0700-103D) for 2003 Hyundai Tiburon GT V6 2.7L
**Shipping Address:** Donn Schroeder
5709 Honey Glen Court
New Market, MD 21774
United States
Confirmed ?

**Funding Type:** Credit Card
**Funding Source:** $578.00 USD - Discover Card XXXX-XXXX-XXXX-2733
This transaction will appear on your bill as "PAYPAL *ARKPERFORMA".

Log Out   |   Help   |   Security Center

# PayPal

My Account     Send Money     Request Money     Merchant Services     Auction Tools     Products & Servic

## Transaction Details

**Web Accept Payment Sent (Unique Transaction ID #4FP01258EJ327120Y)**                    CONFIDENTIAL

### Original Transaction

| Date | Type | Status | Details | Amount |
|------|------|--------|---------|--------|
| Jan. 16, 2007 | Payment To Compact Divisions | Completed | ... | -$70.00 USD |

### Related Transaction

| Date | Type | Status | Details | Amount |
|------|------|--------|---------|--------|
| Jan. 16, 2007 | Add Funds from a Bank Account | Completed | Details | $70.00 USD |

**Business Name:** Compact Divisions   (The recipient of this payment is **Non-U.S. - Verified**)
**Email:** info@compactdivisions.com

**Total Amount:** -$70.00 USD

**Item Amount:** $70.00 USD
**Shipping:** $0.00 USD
**Handling:** $0.00 USD
**Quantity:** 1
**Item Title:** Compact Divisions
**Date:** Jan. 16, 2007
**Time:** 19:34:23 PST
**Status:** Completed

**Shipping Address:** Donn Schroeder
5709 Honey Glen Court
New Market, MD 21774
United States
Confirmed 🔁

## Business Contact Information

**Customer Service Email:** info@compactdivisions.com
**Customer Service Phone:** 905-426-4570

**Funding Type:** Instant Transfer
**Funding Source:** $70.00 USD - M&amp;T Bank Checking (Confirmed) xxxxx3917

EXHIBIT C
PAGE 69

**Back Up Funding Source:** MasterCard Card XXXX-XXXX-XXXX-8487

**Description:** Compact Divisions

Return to Log

Mobile Mass Pay Money Market Debit Card Referrals About Us Accounts Fees Privacy Plus C
Security Center Contact Us Legal Agreements Developers Shops



About SSL Certificates

Copyright © 1999-2008 PayPal. All rights reserved.
Information about FDIC pass-through insurance

EXHIBIT C
PAGE 70

# PayPal

My Account    Send Money    Request Money    Merchant Services    Auction Tools    Products & Servic

## Transaction Details

**eBay Payment Sent** (Unique Transaction ID #08C41626GP023201J)

CONFIDENTIAL

**Total Amount:** -$45.98 USD
**Date:** Jan. 29, 2007
**Time:** 14:15:19 PST
**Status:** Completed

| Item # | Item Title | Qty | Price | Subtotal |
|---|---|---|---|---|
| 110083289606 | Hyundai Coupe/Tiburon F/L Side Step Plate LH & RH 02-06 | 1 | $35.99 USD | $35.99 USD |

| | | | |
|---|---|---|---|
| | Shipping & Handling via Standard Delivery (includes any seller handling fees): | | $9.99 USD |
| | Shipping Insurance (optional): | | — |
| | **Total:** | | $45.98 USD |

**Shipping Address:** Donn Schroeder
5709 Honey Glen Court
New Market, MD 21774
United States
Confirmed  🔲

**Payment To:** hoyoung lee    (The recipient of this payment is **Non-U.S. - Verified**)
**Seller's ID:** mirine
**Seller's Email:** coralgarden@yahoo.com

**Funding Type:** Instant Transfer
**Funding Source:** $45.98 USD - M&amp;T Bank Checking (Confirmed) xxxxxx3917

**Back Up Funding Source:** MasterCard Card XXXX-XXXX-XXXX-8487

## Original Transaction

| Date | Type | Status | Details | Amount |
|---|---|---|---|---|

| Jan. 29, 2007 | Payment To hoyoung lee | Completed | ... | -$45.98 USD |

**Related Transaction**

| Date | Type | Status | Details | Amount |
|------|------|--------|---------|--------|
| Jan. 29, 2007 | Add Funds from a Bank Account | Completed | Details | $45.98 USD |

**Description:** hoyoung lee

Return to Log

Mobile · Mass Pay   Money Market · Debit Card · Referrals · About Us   Accounts · Fees   Privacy   Plus C
Security Center · Contact Us · Legal Agreements   Developers   Shops



About SSL Certificates

Copyright © 1999-2008 PayPal. All rights reserved.
Information about FDIC pass-through insurance