Eric H. Gibbs (State Bar No. 178658)
ehg@girardgibbs.com
Dylan Hughes (State Bar No. 209113)
dsh@girardgibbs.com
Geoffrey A. Munroe (State Bar No. 228590)
gam@girardgibbs.com
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

Norman E. Siegel
siegel@stuevesiegel.com
Todd Hilton
hilton@stuevesiegel.com
**STUEVE SIEGEL HANSON LLP**
330 W. 47th Street, Suite 250
Kansas City, MO 64112
Telephone: (816) 714-7170
Facsimile: (816) 714-7101

Co-Lead Interim Class Counsel

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PARKINSON, et al., on behalf of themselves and all others similarly situated,<br><br>　　　　　　Plaintiffs,<br>　v.<br>HYUNDAI MOTOR AMERICA, INC., a California Corporation,<br>　　　　　　Defendant. | Case No. SACV 06-345 AHS (MLGx)<br><br>Honorable Alicemarie H. Stotler<br><br>**NOTICE OF MOTION AND MOTION TO STRIKE AND OBJECTIONS TO DECLARATION OF JASON R. ERB AND EVIDENCE ATTACHED THERETO FILED IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Hearing Date: September 8, 2008<br>Hearing Time: 10:00 a.m.<br>Hearing Location: Hon. Alicemarie H. Stotler |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** on September 8, 2008, at 10:00 a.m., or as soon thereafter as counsel may be heard, plaintiffs, by and through their attorneys of record herein, will move this Court, the Honorable Alicemarie H. Stotler located at the United States Courthouse, 411 West Fourth Street, Courtroom 10 A, Santa Ana, California 92701, for an order granting Plaintiffs' Motion to Strike and Objections to Declaration of Jason R. Erb and Evidence Attached Thereto Filed In Support of Defendant's Opposition to Plaintiffs' Motion for Class Certification.  This motion is based upon this notice, the accompanying Declaration of Dylan Hughes and the evidence attached thereto, the supporting memorandum, the oral argument of counsel, and all other papers on file herein.  This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on July 23, 2008 and July 31, 2008.

DATED:  August 1, 2008      **GIRARD GIBBS LLP**


By: /s/ Dylan Hughes

Eric H. Gibbs
601 California Street, 14th Floor
San Francisco, California   94108
Telephone:  (415) 981-4800
Facsimile:  (415) 981-4846

Norman E. Siegel
Todd E. Hilton
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Telephone: (816) 714-7137
Facsimile: (816) 714-7101

*Co-Lead Interim Class Counsel*

| | |
|---|---|
| 1 | Rosemary M. Rivas |
| 2 | **FINKELSTEIN THOMPSON LLP** |
|   | 100 Bush Street, Suite 1450 |
| 3 | San Francisco, California 94101 |
| 4 | Telephone:  (415) 398-8700 |
|   | Facsimile:  (415) 398-8704 |
| 5 | |
| 6 | Richard M. Volin |
|   | **FINKELSTEIN THOMPSON LLP** |
| 7 | The Duvall Foundry |
|   | 1050 30th Street, N.W. |
| 8 | Washington, DC 20007 |
| 9 | Telephone: (202) 337-8000 |
|   | Facsimile: (202) 337-8090 |
| 10 | |
| 11 | Jenelle Welling |
|    | Charles D. Marshall |
| 12 | **GREEN WELLING LLP** |
| 13 | 595 Market St., Ste. 2750 |
|    | San Francisco, California 94105 |
| 14 | Telephone:  (415) 477-6700 |
| 15 | Facsimile:  (415) 477-6710 |
| 16 | |
|    | Hallen D. Rosner |
| 17 | Alan M. Mansfield |
| 18 | John W. Hanson |
|    | **ROSNER LAW & MANSFIELD LLP** |
| 19 | 10085 Carroll Canyon Road, First Floor |
|    | San Diego, California 92131 |
| 20 | Telephone:  (858) 348-1005 |
| 21 | Facsimile:  (858) 348-1150 |
| 22 | *Additional Class Counsel* |

2

NOTICE OF MOTION AND MOTION TO STRIKE AND OBJECTIONS TO JASON R. ERB'S DECLARATION
CASE NO.  SACV 06-345 AHS (MLGx)