UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

Case No.: **SA CV06-345-AHS(MLGx)**                                      Date: **March 1, 2010**
*Consolidated with*: CV06-2553-AHS(MLGx),
CV06-2572-AHS(MLGx), CV06-2817-AHS(MLGx), CV06-3161-AHS(MLGx)

Case Title: **MICHAEL PARKINSON, etc. v. HYUNDAI MOTOR AMERICA, et al.**

====================================================================

PRESENT:   **THE HONORABLE ALICEMARIE H. STOTLER, U.S. DISTRICT JUDGE**

     **Ellen Matheson**                          **Deborah Parker**
     Deputy Clerk                               Court Reporter

ATTORNEY(S) PRESENT FOR PLAINTIFF(S):     ATTORNEY(S) PRESENT FOR DEFENDANT(S):
Norman E. Siegel                          Todd E. Gordinier
Eric H. Gibbs                             Jason R. Erb


PROCEEDINGS:   MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT

    Cause called. Hearing held. Counsel address Court. Court and counsel confer regarding class notice schedule and deadlines, fees and expenses, and further court hearings. Counsel shall submit a proposed order consistent with the Court's rulings no later than March 2, 2010.

    Pursuant to the Court's Order granting preliminary approval of class settlement to issue shortly, the Court directs the Clerk's Office to accept letters from class members that might be filed hereafter in the subject matter.

    Court schedules a Final Settlement Approval Hearing/Fairness Hearing for June 28, 2010, at 11:00 a.m. Counsel are ordered to appear at that time.

                                                                                           00   :   35
                                                         Initials of Deputy Clerk:   enm