**EXHIBIT 2**

**From:** Girard Gibbs LLP - TiburonClassAction
**Sent:** Monday, March 29, 2010 4:24 PM
**Subject:** Hyundai Tiburon Class Action Settlement

We are pleased to announce a proposed settlement in the 2003 Hyundai Tiburon flywheel/clutch class action. As you may know, the lawsuit alleges that the clutch and flywheel parts installed in the 2003 Tiburon GT are defective and that Hyundai knew of these defects, but failed to disclose them to consumers. Hyundai denies all of the Plaintiffs' allegations.

The proposed settlement will not become effective unless the Court approves it by ordering final settlement approval. For now, it is **important you gather and save your receipts for flywheel/clutch repairs and related rental car expenses.**

**The Proposed Settlement**

Under the proposed settlement, eligible class members can receive cash reimbursements for money spent on certain repairs to flywheel / clutch parts on their 2003 Hyundai Tiburons. The repairs will generally be reimbursable if they were performed within 10 years or 100,000 miles (or within 5 years or 60 thousand miles if purchased used). The reimbursement amount will be based on the amount spent and the vehicle mileage at the time of the repairs:

- For vehicles with up to 50,000 miles at the time of repair, the reimbursement will be 100% of the amount paid for the repair.
- For vehicles with between 50,001 and 75,000 miles at the time of repair, the reimbursement will be 75% of the amount paid for the repair.
- For vehicles with between 75,001 and 100,000 miles at the time of repair, the reimbursement will be 50% of the amount paid for the repair.

The reimbursement amounts may be lower if the repairs were made with non-Original Equipment Manufacturer (OEM) parts or were not performed at a Hyundai dealership or service facility.

Eligible class members can also choose, instead of receiving cash, to get either (1) a debit card for Hyundai goods and services redeemable at participating Hyundai dealers equal to 125% of their claim's cash value, or (2) a voucher toward the purchase of a new Hyundai vehicle equal to 175% of their claim's cash value.

For example: A Class member who paid $2,000 for an eligible flywheel / clutch repair on a 2003 Tiburon that had 45,000 miles can choose to receive (1) a debit card that can be redeemed for $2,000 cash; (2) a debit card for $2,500 toward the purchase of Hyundai goods and services; or (3) a voucher for $3,500 toward a new Hyundai vehicle.

Class members will be eligible to receive up to $150 in rental expenses for each flywheel / clutch repair.

**What Happens Next?**

The Court has ordered that notice of the proposed settlement, along with a claim form, be mailed to current and former 2003 Tiburon owners. The notice is scheduled for mailing during the next month. The notice will provide more information about the lawsuit, your legal rights, and the details of the settlement including what benefits are available, who is eligible for them, and how to get them. Class members will then have the opportunity to make their claims for reimbursement and to provide

feedback on the settlement to the Court.

After notice goes out, the Court will hold a final hearing to determine whether the settlement should be approved. This means that class members will only get the benefits of the settlement if it is finally approved. The final approval hearing is scheduled for June 28, 2010.

**What Do I Need To Do?**

For now, continue to save your receipts for flywheel / clutch repairs and associated rental car expenses. Within the next month, you should receive the class action notice and claim form (we will also send these out by email to people who have contacted the firm and make them available at http://www.girardgibbs.com/hyundai.asp).

**What If I Have Additional Questions?**

If after reviewing the notice and claim form you still have questions, please feel free to respond to this email, visit our website (http://www.girardgibbs.com/hyundai.asp), or contact us at (415) 981 4800.

Girard Gibbs LLP
601 California Street, Suite 1400
San Francisco, CA 94108
Phone: (415) 981-4800
Fax: (415) 981-4846
www.girardgibbs.com

This message is intended only for the addressee, and may contain information that is privileged or confidential, and exempt from disclosure under applicable law. If you are not the intended recipient or agent of the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited; and you are asked to notify us immediately by return email, or by telephone at (415) 981-4800. Thank you.

| | |
|---|---|
| **From:** | Girard Gibbs LLP - TiburonClassAction |
| **Sent:** | Tuesday, May 04, 2010 10:03 AM |
| **Subject:** | Hyundai Tiburon Class Action Settlement |

**Attachments:** Class Notice.pdf; Claim Form.pdf

As the firm previously announced, a proposed settlement has been reached in the 2003 Hyundai Tiburon flywheel/clutch class action. Under the settlement, owners and lessees (past and present) will be reimbursed for money spent on flywheel and clutch part repairs, as well as for associated rental costs. **To be eligible to receive a reimbursement, you must fill out and submit a Claim Form no later than October 26, 2010.**

The Class Notice (with information about the case, proposed settlement, and options available to you) and the Claim Form (which you must submit by October 26 to receive a reimbursement) have been mailed by Hyundai and are attached to this document for your convenience. You can also go to www.girardgibbs.com/hyundai.asp to learn more about the case or to obtain various documents from the case.

Please remember, the proposed settlement will not go into effect unless the Court approves it. The Court will decide whether to approve the settlement after the "Fairness Hearing," which is scheduled for June 28, at 11 a.m.

If you have any questions about the case or settlement, please feel free to respond to this email or call (866) 981-4800.

This email will be sent a second time without attachments.

**GIRARD GIBBS LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Phone: (415) 981-4800
Fax: (415) 981-4846
www.girardgibbs.com

This message is intended only for the addressee, and may contain information that is privileged or confidential, and exempt from disclosure under applicable law. If you are not the intended recipient or agent of the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited; and you are asked to notify us immediately by return email, or by telephone at (415) 981-4800. Thank you.

| | |
|---|---|
| From: | Girard Gibbs LLP - TiburonClassAction |
| Sent: | Monday, May 17, 2010 12:34 PM |
| To: | Girard Gibbs LLP - TiburonClassAction |
| Subject: | Hyundai Tiburon Class Action Settlement |
| Attachments: | ClaimForm.pdf; ClassNotice.pdf |

**HYUNDAI TIBURON CLASS ACTION SETTLEMENT**

As we announced previously, a proposed settlement has been reached in the 2003 Hyundai Tiburon flywheel/clutch class action. The Notice of Class Settlement (containing information about the case, settlement, and your options) and Claim Form (used to claim reimbursement) have been mailed by Hyundai and are attached to this email for your convenience.

Two typographical errors appeared in the mailings:

(1) <u>CORRECTED ZIP CODE</u>  The incorrect zip code for the Class Action Settlement Center appeared in the mailings; the correct zip code appears below. If you already mailed your claim form, you can call (800) 633-5151 to verify that it was received.

Hyundai Tiburon Class Action Settlement Center
P.O. Box 20850
Fountain Valley, CA 92728-0850

(2) <u>CORRECTED WARRANTY PERIOD FOR USED VEHICLES</u>  The applicable warranty period for repairs to used 2003 Tiburons was incorrectly stated as 5 years and 60 miles. The correct information for used purchasers is 5 years and **60,000** miles. Thus,

-- For class members who purchased or leased a **NEW** 2003 Tiburon, repairs will be reimbursable only if made within **10 years and 100,000 miles** of when the car was originally delivered or used.

-- For class members who purchased a **USED** 2003 Tiburon, repairs will be reimbursable only if made within **5 years and 60,000 miles** of when the car was originally delivered or used.

Please keep in mind the following important information:

<u>CLAIM DEADLINE</u>  To be eligible to receive a reimbursement, you must fill out and mail your Claim Form by **October 26, 2010**.

<u>FEEDBACK</u>  In deciding whether to approve the settlement, the Court will consider all comments in favor of the settlement and all comments in opposition to the settlement. *No class members will receive payment unless final court approval is granted—let the Court know what you think.* You can provide your thoughts by responding to this email or by mailing a letter to the Court at the address below no later than **June 1, 2010**.

Clerk of the Court
United States District Court, Central District of California
411 West Fourth Street, Room 1053
Santa Ana, CA 92701-4516

1

QUESTIONS? Go to www.GirardGibbs.com/Hyundai.asp or call (866) 981-4800.

**GIRARD GIBBS LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Phone: (415) 981-4800
Fax: (415) 981-4846
www.girardgibbs.com

*This letter is intended only for persons who wish to receive information from Girard Gibbs LLP and its associated co-counsel. If you are not an intended recipient of this communication, please delete this message. If you do not wish to receive further communications from this firm, please send a return email captioned "Unsubscribe." Please also note that although your communications with us will be kept confidential, no attorney-client relationship has formed unless you are a named plaintiff in the complaint.*